FILED

08/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0691

_____

CLAIMANT: State of Montana Board
of Land Commissioners,

Appellee,

OBJECTOR: Christene E. Wagner                    O R D E R

Appellant,

COUNTEROBJECTORS: Chad J.
Armstrong; Trista L. Armstrong.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Russ McElyea, Chief Water Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 9 2023